# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

HANK TURKNETT                                                               PLAINTIFF

v.                    Case No. 4:18-cv-00932-JM-JTK

FAULKNER COUNTY SHERIFF'S OFFICE,
FAULKNER COUNTY DETENTION FACILITY,
and JOHN FOWLKES, Deputy Sheriff, Faulkner County             DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Petitioner's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 1st day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE