IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HANK TURKNETT                                                              PLAINTIFF

vs.                Case No. 4:18-cv-00932-JM-JTK

FAULKNER COUNTY DETENTION FACILITY,
and JOHN FOWLKES, *Deputy Sheriff, Faulkner County*       DEFENDANTS

## ORDER

The Court has received proposed findings and recommended partial disposition from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the proposed findings and partial recommendations should be, and are hereby, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendant Faulkner County Detention Facility is DISMISSED, WITH PREJUDICE.

2. The Clerk is directed to prepare a summons for Defendant, John Fowlkes, Faulkner County Deputy Sheriff, and the United States Marshals Service is directed to serve the summons, the Complaint, the Partial Recommended Disposition, and this Order upon Defendant Fowlkes without prepayment of fees and costs or security therefore.

SO ORDERED this 19th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE