IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HANK TURKNETT                                                                                    PLAINTIFF

vs.                              Case No. 4:18-cv-00932-JM-JTK

FAULKNER COUNTY SHERIFF's OFFICE,
FAULKNER COUNTY DETENTION FACILITY,
and JOHN FOWLKES, *Deputy Sheriff, Faulkner County*                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommended disposition from United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

Therefore, the Motion to Dismiss (Docket No. 15) is GRANTED, and the case is dismissed. Plaintiff's Motion for Order (Docket No. 17) is DENIED as moot.

Judgment shall be entered accordingly.

SO ORDERED this 7th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE