IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HANK TURKNETT                                                                    PLAINTIFF

v.                          Case No. 4:18-cv-00932-JM-JTK

FAULKNER COUNTY SHERIFF'S OFFICE,
FAULKNER COUNTY DETENTION FACILITY,
and JOHN FOWLKES, Deputy Sheriff, Faulkner County              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Petitioner's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 7th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE